(53 South. 980.)

No. 18,091.

MAJOR v. RONALDSON & PUCKETT CO., Limited.

(Jan. 3, 1911.)

*(Syllabus by the Court.)*

COURTS (§ 224*) — JURISDICTION — FICTITIOUS CLAIM.

In a suit to annul a sale of real estate for fraud, and to recover money unduly paid, an additional demand for exemplary and punitive damages will be considered as fictitious, and made for the sole purpose of vesting jurisdiction in the Supreme Court.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 224.*]

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; H. F. Brunot, Judge.

Action by Irene Major against the Ronaldson & Puckett Company, Limited. Judgment for defendant, and plaintiff appeals. Transferred to Court of Appeal.

Daspit & Heath, for appellant. T. Jones Cross and Laycock & Beale, for appellee.

LAND, J. Plaintiff sued to annul a sale of real estate valued at $600 on the ground of fraudulent misrepresentations, and to recover the sum of $145.12 alleged to have been unduly paid. Plaintiff also sued for $50 damages for attorney fees, and $1,500 as punitive and exemplary damages. The last item is clearly fictitious, and was evidently claimed for the purpose of vesting jurisdiction in the Supreme Court.

It is therefore ordered that this appeal be transferred to the Court of Appeal in and for the parish of East Baton Rouge, provided that affidavit be made as required by Act No. 56, p. 135, of 1904, within 10 days from the date of the rendition of this order, otherwise that this appeal be dismissed, and that, in either event, appellant pay costs in this court.